**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RISSMAN HENDRICKS & OLIVERIO, LLP,           )<br>                                                                   )<br>                       Plaintiff(s),                  )<br>                                                                   )<br>vs.                                                              )<br>                                                                   )<br>MIV THERAPEUTICS INC., et al,                 )<br>                                                                   )<br>                       Defendant(s).                )<br>_____) | Case No. 2:13-cv-01347-KJD-NJK<br><br>**ORDER GRANTING MOTION TO QUASH**<br><br>(Docket No. 1) |

Pending before the Court is a motion to quash supboenas issued to McMillan LLP by Rissman Hendricks & Oliverio, LLC, the plaintiff in a case pending in the District of Massachusetts. Docket No. 1. The motion was served on Rissman Hendricks & Oliverio, LLP on July 26, 2013. *See id.* at 12 (proof of service). Any response to the motion was due no later than 14 days following the service of the motion. *See* Local Rule 7-2(b). To date, the Court has not received any response opposing the motion. Accordingly, the motion is unopposed, which the Court deems as consent to the granting of the motion. *See* Local Rule 7-2(d).

For the reasons discussed above, the motion to quash the subpoenas is hereby **GRANTED**. The Clerk is directed to close this case.

IT IS SO ORDERED.

Dated: August 16, 2013

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE